IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY GUEBARA,

        Plaintiff,                        No. CIV 2:11-cv-0427-MCE-JFM (PS)

    vs.

SAXON MORTGAGE, et al.,

        Defendants.                 <u>ORDER</u>

_____/

        On February 22, 2011, defendant Saxon Mortgage filed a motion to strike and a motion to dismiss plaintiff's complaint. The hearing on both motions, initially scheduled for March 24, 2011, was continued to April 7, 2011 due to plaintiff's failure to file an opposition in accordance with Local Rule 230. On March 29, 2011, less than fourteen days before the hearing on defendant's motions, plaintiff filed his opposition. Plaintiff has again failed to comply with local rules. <u>See</u> Local Rule 230(c) (providing that an opposition to a motion shall be filed and served not less than fourteen days preceding the noticed (or continued) hearing date).

/////

/////

/////

/////

1

1   Accordingly, this matter is continued to April 26, 2011 at 11:00 a.m. in
2   Courtroom #26.  Plaintiff is cautioned that any further failures to comply with governing rules
3   and/or this court's orders will result in a recommendation that this action be dismissed.
4   DATED: April 4, 2011.

UNITED STATES MAGISTRATE JUDGE

/014/gueb0427.jo