IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY GUEBARA,

        Plaintiff,                        No. CIV 2:11-cv-0427-MCE-JFM (PS)

   vs.

SAXON MORTGAGE, et al.,

        Defendants.               <u>ORDER</u>

_____/

        This action was removed by defendant Saxon Mortgage ("Saxon") on February 15, 2011 from the San Joaquin County Superior Court. On February 22, 2011, Saxon filed a motion to dismiss. On May 3, 2011, the undersigned issued findings and recommendations recommending that the motion to dismiss be granted. On May 13, 2011, plaintiff filed an opposition. Therein, plaintiff contends that removal to this court was defective as it was not timely. As such, plaintiff states that this action is continuing to be heard in the San Joaquin County Superior Court.

/////

/////

/////

/////

1

1       Good cause appearing, IT IS HEREBY ORDERED that Saxon shall submit
2 within ten days of the date of this order a response to plaintiff's objection, specifically addressing
3 whether this court or the San Joaquin County Superior Court retains jurisdiction over this matter.
4 DATED: June 23, 2011.

                                                               UNITED STATES MAGISTRATE JUDGE

/014/gueb0427.jo