IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY GUEBARA,

    Plaintiff,                    No. CIV 2:11-cv-0427-MCE-JFM (PS)

    vs.

SAXON MORTGAGE, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On August 30, 2011, plaintiff filed a letter inquiring as to the nature of the dismissal of his case. To the extent plaintiff is inquiring as to whether the case was dismissed with or without prejudice, plaintiff is informed that judgment was entered pursuant to the Honorable Morrison C. England's adoption in full of the undersigned's May 3, 2011 findings and recommendations recommending that defendant's motion to dismiss be granted, plaintiff's federal claims be dismissed with prejudice, and plaintiff's state claims be dismissed for lack of subject matter jurisdiction.

DATED: September 8, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;gueb0427.jo(3)

1